# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Civil Action No.: 9:20-cv-80119-AHS
Judge Raag Singhal

| | |
|---|---|
| DANA JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| SMILEDIRECTCLUB, LLC., *et al.*, | ) |
| | ) |
| Respondents. | ) |

**DECLARATION OF DAVID KATZMAN IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS**

I, David Katzman, state as follows:

1. I am one of the named Respondents in this action and make this declaration in support of my Motion to Dismiss.

2. I am domiciled in, reside in, and am a citizen of Palm Beach County, Florida.

3. I own property in Palm Beach County, Florida.

4. I have been issued a State of Florida driver's license, I own vehicles that are registered in the State of Florida, and I am registered to vote in the State of Florida.

5. I intend to remain a citizen of Palm Beach County, Florida, unless and until I change residences and no longer intend to reside in Florida.

I declare under penalty of perjury of the laws of the United State of America in accordance with 28 U.S.C. §1746 that the forgoing is true and accurate this 18th day of February 2020.

_____
David Katzman